# Exhibit "B"

# Exhibit "B"



1325 Franklin Avenue Suite 160, Garden City, New York 11530
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

_July 11_, 2024

Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard,
Ste 220,
Philadelphia, PA 19102


**RE:**   Shawn McNamee and Andrea E. McNamee
        Bankruptcy Case No. 19-17731-amc

Dear Counselor:

Please be advised, this office represents SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust with regard to the above referenced matter.

Our client has advised us that payments have not been tendered in accordance with the Stipulation entered by Court on April 21, 2022.

This notice is to advise that your client has defaulted on payments required under the terms of the Order and is due for as follows:

| | |
|---|---|
| 2 Monthly Payments (06/01/2024 – 07/01/2024) @ $1,534.30 | = $3,068.60 |
| Late Charges | = $175.52 |
| Minus Suspense | = ($1,401.67) |
| Total Due and Owing good through July 3, 2024 | = $1,842.45 |

Payment should be made by bank or certified funds and mailed directly to:

SN Servicing Corporation
PO Box 660820
Dallas TX 75266

Pursuant to the Stipulation, you now have ten (10) days, from the date of this notice, to cure this default. Failure to cure default may result in the enforcement of our state law rights.

Acceptance of partial payments will not constitute a waiver of our client's rights to pursue the default in the event the partial payment is not enough to cure the entire default.

                                                              Yours truly,

                                                        /s/ Lauren M. Moyer
                                                     Lauren M. Moyer, Esquire

cc:

Andrea E. McNamee
659 Haunted Lane
Bensalem, PA 19020
Bankruptcy Debtor

Shawn McNamee
659 Haunted Lane
Bensalem, PA 19020
Bankruptcy Debtor

Brad J. Sadek
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
Attorney

Kenneth E. West
1234 Market Street, Suite 1813
Philadelphia, PA 19107
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building - Suite 320, 900 Market Street
Philadelphia, PA 19107
United States Trustee